# DISTRICT CLERK'S DOCKETING CERTIFICATE

Style: **KEITH SHANNON VS TEXAS WORKFORCE COMMISSSION**

FILED IN
16th COURT OF APPEALS
AUSTIN, TEXAS
7/31/2025 5:42:23 PM
CHRISTOPHER A. PRINE
Clerk

Appellant **KEITH SHANNON** in the above styled and numbered cause have perfected an appeal by filing a **Notice of Appeal on the 28th day of July, 2025.**

Trial Court Number & Trial Court: **2025DCV0935**          **346th Judicial District Court**
County: **El Paso**
Date of Appealable Order of Judgment: **06/27/2025**
Date of Motion for New Trial Filed: **N/A**
Date Request for Findings of Fact and Conclusions of Law Filed: **N/A**
Was this a civil case tried without a jury: **YES**
Trial Court Judge: **Patricia C. Baca**
Court Reporter: **Mary Ann Marin**

**Appellant:**
Name: KEITH SHANNON
Address: 2825 Grant Ave., Apt. #3
El Paso, Texas 79930
Phone No.: (915) 202-6382

**Attorney for the Appellant:**
Name: KEITH SHANNON (Pro Se)
Address: 2825 Grant Ave., Apt. #3
El Paso, Texas 79930
Phone No.: (915) 202-6382
State Bar Number: N/A (Pro Se)

**Appellee:**
Name: TEXAS WORKFORCE COMMISSSION
Address: 101 East 15th Street, Room 678
Phone No.: N/A

**Attorney for the Appellee:**
Name: Peter Berquist
Address: P.O. Box 12548
Austin, Texas 78711
Phone No.: (512) 936-1383
State Bar Number: 24131255

**Type of Case:**
Other Civil

Prepared by: Mitzi Chavez
Address: 500 E. San Antonio, Suite 103, El Paso, Texas 79901
Phone No.: (915) 273-3534 ext. 3962

Delivered on: _____ To: _____
Court of Appeals